178

(No. 5808-)

GOODWILL INDUSTRIES OF CHICAGO AND COOK COUNTY, ILLINOIS, Claimant, *vs.* STATE OF ILLINOIS, GOVERNOR'S COMMITTEE ON EMPLOYMENT OF THE HANDICAPPED, Respondent.

*Opinion filed April 27, 1971.*

GOODWILL INDUSTRIES OF CHICAGO AND COOK COUNTY, ILLINOIS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; BRUCE J. FINNE, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

(No. 5810-)

GOODWILL INDUSTRIES OF CHICAGO AND COOK COUNTY, ILLINOIS, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed April 27, 1971.*

GOODWILL INDUSTRIES OF CHICAGO AND COOK COUNTY, ILLINOIS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.